UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**       U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**   Federal Square, Newark, NJ 07101
                                   (973) 645-6596

September 24, 2008

| Re: | 05-2804 | 06-4074 |
|---|---|---|
|  | 05-5331 | 06-4105 |
|  | 05-5334 | 06-4119 |
|  | 05-5551 | 06-4174 |
|  | 05-5990 | 05-5987 |
|  | 06-0607 | 06-0189 |
|  | 06-1195 | 06-0453 |
|  | 06-2177 | 06-4731 |
|  | 06-3690 | 06-4752 |
|  | 06-3769 | 06-4773 |
|  | 06-3772 | 06-4774 |
|  | 06-3822 | 06-4775 |
|  | 06-3823 | 06-4776 |
|  | 06-3900 | 06-4777 |
|  | 06-3935 | 06-4772 |
|  | 06-3976 | 06-5105 |
|  | 06-3984 | 06-4795 |
|  | 06-3985 | 06-5009 |
|  | 06-4059 |  |

To all Counsel in the above-referenced cases:

The Court has been advised that the above-referenced cases have been or are being transferred to this District. Therefore, absent notice that the case has been resolved or can be dismissed, all counsel shall appear before the Undersigned on **November 13, 2008 at 1:00 p.m.** to be set a schedule for the final proceedings in these cases.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**